# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-764
_____

SOUTHEAST PETRO
DISTRIBUTORS, INC.,

Appellant,

v.

DEPARTMENT OF REVENUE,

Appellee.

_____

On appeal from the Department of Revenue.
Andrea Moreland, Deputy Executive Director.

September 6, 2022

PER CURIAM.

AFFIRMED.

ROBERTS, M.K. THOMAS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jonathan W. Taylor, Gerald J. Donnini, and James F. McAuley, of Moffa, Sutton, & Donnini P.A., Fort Lauderdale, for Appellant.

Timothy E. Dennis, Chief Assistant Attorney General, of the Office of the Attorney General, Revenue Litigation Bureau, Tallahassee; and Kristian S. Oldham, Senior Assistant General Counsel, of the Florida Department of Revenue, Tallahassee, for Appellee.